TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Federal Respondent
Diana T. Carter

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFINAY ECHOLS,<br><br>    Petitioner,<br><br>v.<br><br>DIANA T. CARTER,<br><br>    Respondent. | No. EDCV 25-3367-<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 1442(a)] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE PETITIONER:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Respondent U.S. Army Master Sergeant Diana T. Carter ("Respondent") hereby removes to this Honorable Court the State Court action described below.  The grounds for this removal are as follows:

1. On October 15, 2025, U.S. Army Chief Warrant Officer 2 Tiffinay Echols ("Petitioner") filed a Request for Civil Harassment Restraining Orders ("Petition") against the Respondent in the Superior Court of the State of California for the County of San Bernardino, entitled *Tiffinay Echols v. Diana T. Carter*, as Case No. CIVBA 2500754.  A copy of the Petition and all other pleadings received to date are attached as Exhibit 1. The Petition appears to allege harassment by Respondent against Petitioner.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof …" to the district court embracing the place where the action is pending.  Respondent is person acting under a federal officer and is entitled to, among other things, the federal defense of sovereign immunity, and federal defenses relating to the exhaustion of administrative claim requirements.  See 28 U.S.C. § 2671, et seq.

3. Petitioner has not served the United States Attorney's Office for the Central District of California as required by Rule 4(i).  See Fed. R. Civ. P. (4(i)(2). In Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run.  Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run and, thus, removal is timely.

4. Promptly after filing this notice, Respondent shall give written notice of this removal to the adverse party and to the Clerk of the State Court.  See 28 U.S.C.

1

§ 1446(d).

5. This Court is the proper district and division to hear this case because Petitioner brought this action in the Superior Court of California for the County of San Bernardino. See 28 U.S.C. § 1442(a).

6. Because this notice is filed on behalf of a federal officer, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, Respondent removes this action now pending in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVBA 2500754, to the United States District Court for the Central District of California.

Dated: December 12, 2025

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   /s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Federal Respondent
Diana T. Carter

2

# PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California, and am readily familiar with the practice of this office for collection and processing collection and mailing. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On December 12, 2025, I served **NOTICE OF REMOVAL OF CIVIL ACTION** on each person or entity named below by enclosing a copy in an envelope with postage fully prepaid and addressed as shown below and placing the envelope for collection and mailing with the United States Postal Service on the date and at the place shown below following our ordinary office practices.

Date of mailing: December 12, 2025. Place of mailing: Los Angeles, California. Person(s) and/or Entity(ies) to Whom mailed and emailed:

> **Tiffinay Echols**
> **Building 998/998A Inner Loop Road**
> **Fort Irwin, CA 92310**

> **Tiffinay Echol**
> **PO Box 10696**
> **Fort Irwin, CA 92310**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 12, 2025, at Los Angeles, California.

M. Jimenez